UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAULT CARGO MANAGEMENT, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RHINO U.S.A., Inc., a California corporation,<br><br>Defendant. | Case No.: 3:18-cv-01517-H-LL<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT WITH PREJUDICE**<br><br>[Doc. No. 69]<br><br>**(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT**<br><br>[Doc. No. 59.] |

On July 2, 2018, Plaintiff Vault Cargo Management, LLC ("Plaintiff") filed a complaint before this Court alleging that Defendant Rhino U.S.A., Inc. ("Defendant") falsely advertised that its products were manufactured within the United States. (Doc. No. 1.) On November 20, 2019, Defendant moved for summary judgment, stating that "although [Defendant] may have made certain discrete statements regarding its products being manufactured in the United States, such statements have since been removed . . . ."

(Doc. No. 59-1 at 1.) Defendant then argued for summary judgment on the grounds that Plaintiff failed to prove damages. (Id.)

On December 27, 2019, Plaintiff moved to voluntarily dismiss the complaint with prejudice, explaining that Plaintiff had become financially insolvent and was unable to continue the litigation. (Doc. No. 69.) On December 30, 2019, Defendant filed an opposition to Plaintiff's motion to dismiss. (Doc. No. 70.) After considering Plaintiff's motion and Defendant's opposition, as well as the facts and circumstances of the case, the Court grants Plaintiff's motion and dismisses the complaint with prejudice. See Fed. R. Civ. P. 41(a)(2); Hargis v. Foster, 312 F.3d 404, 412 (9th Cir. 2002) (Rule 41 vests district courts with a "broad grant of discretion"). Since the Court is dismissing the complaint with prejudice, the Court denies Defendant's motion for summary judgment as moot. (Doc. No. 59.) Exercising the Court's discretion, the Court also grants the motion to have each side bear its attorney's fees. As to costs, the Court declines to rule on the request that each side bear its own costs. If Defendant seeks costs, it must follow the proper procedures for an award of costs, and Plaintiff may oppose any award under the law.

**IT IS SO ORDERED.**

DATED: January 8, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT